UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEXTER BROWN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>K. RAM, et al.,<br><br>　　　　　Defendants. | No. 2:20-cv-0154 KJN P<br><br><br>ORDER |

Plaintiff has filed a motion for extension of time to submit an application to proceed in forma pauperis. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 4) is granted; and

2. Plaintiff has up to and including March 15, 2020, in which to file an application to proceed in forma pauperis.

Dated: March 4, 2020

　　　　　　　　　　　　　　　　　　　　KENDALL J. NEWMAN
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

brow0154.36